UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
SHIELA LILLY-DAVIS, et al.,      )
                                 )
        Plaintiffs,              )
                                 )
        v.                       )   NO. 3:12-0224
                                 )   Judge Sharp/Brown
HARUN RASHID,                    )   Jury Demand
                                 )
        Defendant.               )
```

### O R D E R

Judge Sharp has denied plaintiffs' counsel's motion to withdraw as their attorney (Docket Entry No. 71). Presently pending is a motion to dismiss by Vision Realty, LLC (Docket Entry No. 66), and a motion to compel the plaintiffs to comply with discovery (Docket Entry No. 73). The Magistrate Judge had previously stayed the plaintiffs' duty to respond to these motions pending a resolution of their counsel's motion to withdraw. The request to lift that stay (Docket entry 74) is granted. The plaintiffs are directed to respond to both the motion to compel and the motion to dismiss (Docket Entry Nos. 66 and 73) by **May 10, 2013**.

It is so **ORDERED**.

```
                              s/ Joe B. Brown
                              JOE B. BROWN
                              United States Magistrate Judge
```